**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raoulito ADIMA, a.k.a. Raoulito
Admia, Defendant–
Appellant.**

No. 10–10086
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 29, 2010.

William H. Beckerleg, Jr., Robin Waugh–Farretta, U.S. Attorney's Office, Fort Lauderdale, FL, Anne Schultz, Assistant U.S. Attorney, United States Attorney's Office, Miami, FL, Jeffrey Sloman, U.S. Attorney, West Palm Beach, FL, for Plaintiff–Appellee.

Thomas Franklin Almon, Jr., Miami, FL, for Defendant–Appellant.

Before DUBINA, Chief Judge, EDMONDSON and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas F. Almon, appointed counsel for Raoulito Adima in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Adima's[1] convictions and sentences are **AFFIRMED.**

---

1. We note that the presentence investigation report in this case reflected Adima's true name as Paul Adehmar.